UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

United States of America ex rel.
Anthony Settles II, et al.

    Plaintiffs,

vs.

Universal Health Services, Inc., et al.,

    Defendants.
_____/

Case No. 3:16-civ-1-J-32JRK

**FILED UNDER SEAL**

## UNITED STATES OF AMERICA'S CONSENT TO DISMISSAL WITHOUT PREJUDICE

On or about March 18, 2016, the plaintiff relator, Anthony Settles II, filed a notice of voluntary dismissal of Count I of his complaint in this action, without prejudice. Although the case is currently under seal, it appears that the relator did not file his notice under seal. Pursuant to 31 U.S.C. § 3730(b), the United States consents to dismissal of Count I of the complaint, so long as dismissal is without prejudice to the United States. The United States further requests that the Court unseal all pleadings and papers on file in this case.

    Respectfully submitted,

    A. LEE BENTLEY, III
    United States Attorney

    Lacy R. Harwell, Jr.
    Assistant United States Attorney
    Fla. Bar No. 714623
    400 N. Tampa St., Suite 3200
    Tampa, Florida 33602
    Tel. 813-274-6000
    Randy.Harwell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2016, I caused a true copy of the foregoing to be served by United States mail, first class postage prepaid, upon the following counsel of record:

Justin Drach, Esq.
5262 Commissioners Drive
Jacksonville, Florida 32224

/s/ Ronnie S. Carter
for Lacy R. Harwell, Jr.
Assistant United States Attorney